DANIEL F. FLYNN, JR. v. NAUTILUS HEALTH AND
REHABILITATION CENTER AND NAUTILUS SPORTS
MEDICAL INDUSTRIES.

June 23, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL GARDNER.

June 23, 1987.

Petition for certification granted.   (See 215 *N.J.Super.* 84)

STATE OF NEW JERSEY v. ARTHUR BRIAN SCHWARZ.

June 23, 1987.

Petition for certification granted.

STATE OF NEW JERSEY v. JOHN VON NOSTRAND.

June 23, 1987.

Petition for certification granted.